```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX010008
Cashier ID: sg
Transaction Date: 05/16/2008
Payer Name: KATY KOESTNER ESQUIVEL
----------------------------------------
CIVIL FILING FEE
 For: KATY KOESTNER ESQUIVEL
 Amount:       $350.00
----------------------------------------
CREDIT CARD
 Amt Tendered: $350.00
----------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

08-CV-01029

A fee of $45.00 will be assessed on
any returned check.
```