IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-01029-CBS-KLM

MONTEREY MUSHROOMS, INC., a California corporation,
    Plaintiff,
v.

KARMIJT SALH, an individual, and
BALJIT SINGH NANDA, an individual,
    Defendants.
_____

ORDER AND ORDER OF REFERENCE
_____

This civil action comes before the court on several matters:

I.      Consent to Proceed by Magistrate Judge

On September 8, 2008, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* doc. # 11). All previously scheduled matters will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294. Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117. All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 08-cv-01029-CBS-KLM**.

1

II.     Order of Reference

The Order of Reference dated May 20, 2008 (doc. # 2) is hereby VACATED. This matter is now referred to United States Magistrate Judge Kristen L. Mix *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case.

III.    Further Proceedings

A.      The Scheduling/Planning Conference initially set on September 10, 2008 and vacated by Magistrate Judge Mix is hereby **RESET to Thursday September 25, 2008 at 8:30 a.m.** before Magistrate Judge Shaffer in Courtroom A-402 and will be conducted in accordance with the instructions already provided in the "Order Setting Scheduling/Planning Conference" (doc. # 3).

B.      Parties and/or their counsel may appear via telephone at the Scheduling/Planning Conference set on September 25, 2008 at 8:30 a.m. Counsel shall arrange a telephone conference call among themselves before telephoning the court.

C.      **On or before September 19, 2008**, a copy of the proposed Scheduling Order shall be submitted to Magistrate Judge Shaffer at [Shaffer_Chambers@cod.uscourts.gov](mailto:Shaffer_Chambers@cod.uscourts.gov) in accordance with the instructions already provided in the "Order Setting Scheduling/Planning Conference" (doc. # 3).

DATED at Denver, Colorado, this 9th day of September, 2008.

BY THE COURT:


   s/Craig B. Shaffer
United States Magistrate Judge