IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-01029-CBS-KLM

MONTEREY MUSHROOMS, INC., a California corporation,
    Plaintiff,
v.

KARMIJT SALH, an individual, and
BALJIT SINGH NANDA, an individual,
    Defendants.
_____

ORDER
_____

This civil action comes before the court on Defendants' "Unopposed Motion to Stay Discovery" (filed January 6, 2009) (doc. # 27). On September 8, 2008, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. The court having reviewed the motion, the entire case file, the arguments presented at the hearing held on January 6, 2009, and the applicable law and being sufficiently advised in the premises, IT SI ORDERED that:

    1.    Defendants' "Unopposed Motion to Stay Discovery" (filed January 6, 2009) (doc. # 27) is GRANTED.

    2.    The January 30, 2009 discovery deadline, the February 27, 2009 dispositive motion deadline, the April 16, 2009 Final Pretrial Conference, and the May 11, 2009 trial to the court are all hereby VACATED.

    3.    On or before March 31, 2009, the parties shall file either a stipulated

motion to dismiss this civil action with prejudice or Plaintiff shall file an unopposed motion to enter a stipulated judgment.

DATED at Denver, Colorado, this 7th day of January, 2009.

BY THE COURT:


   s/Craig B. Shaffer
United States Magistrate Judge