IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-01029-CBS-KLM

MONTEREY MUSHROOMS, INC., a California corporation,
    Plaintiff,
v.

KARMIJT SALH, an individual, and
BALJIT SINGH NANDA, an individual,
    Defendants.

_____

ORDER OF DISMISSAL
_____

THIS MATTER comes before the court on the Plaintiff's "Notice of Dismissal with Prejudice" (filed March 16, 2009) (doc. # 30). On September 8, 2008, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* doc. # 11).

Plaintiff states: "[p]lease take notice that pursuant to Rule 41(a)(1)of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses its Complaint against all Defendants with prejudice." (*See* doc. # 30). Pursuant to Rule 41(a)(1), the plaintiff may dismiss an action without a court order by filing either: (1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (2) a stipulation of dismissal signed by all parties who have appeared in the action. *See* Fed. R. Civ. P. 41(a)(1)(i), (ii). Here, as Defendants filed their answers on June 5, 2008 and August 15, 2008 (*see* docs. # 4 and # 6), Plaintiff may not voluntarily dismiss this action

1

without a stipulation of dismissal signed by all parties who have appeared or a court order. The court having reviewed Plaintiff's "Notice," the entire case file, and the applicable law, and being sufficiently advised in the premises, IT IS ORDERED that:

1. Plaintiff's "Notice" (filed March 16, 2009) (doc. # 30) is treated as an unopposed motion to dismiss this civil action and is GRANTED.

2. This civil action is hereby DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2), each party to pay his, her, or its own costs and attorney fees.

DATED at Denver, Colorado, this 16th day of March, 2009.

BY THE COURT:

  s/Craig B. Shaffer
United States Magistrate Judge